IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT D. ULRICH,

    Petitioner,

v.                                                    CASE NO. 1:07-cv-00011-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner Ulrich's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be denied, and that this case be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Wednesday, March 19, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

Petitioner was sentenced to 25 years imprisonment after pleading nolo contendere to two counts of engaging in sexual activity with a child, lewd molestation of a child, and battery of a child by expulsion of seminal fluid. After exhausting his state post-conviction relief, Petitioner filed the instant habeas petition, in which he claims that his plea was not voluntary because counsel failed to inform him of statutory mitigating circumstances, and counsel was ineffective in failing to object to the lack of a factual basis for the plea.

In a thorough report, the Magistrate finds that the state court's decision is not contrary to,

nor an unreasonable application of, clearly established federal law, and therefore the instant petition should be denied.  The Court agrees with the Magistrate that Petitioner's claims are not supported by the record, and that the state court's ruling is entitled to deference and does not violate § 2254(d).  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner Ulrich's petition for writ of habeas corpus, Doc. 1, is DENIED, and this case is DISMISSED WITH PREJUDICE

**DONE AND ORDERED** this   *18th* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge